# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASSYRIAN UNIVERSAL ALLIANCE FOUNDATION, Inc., ) | |
| ) | |
| Plaintiff, ) | No. 05 C 5259 |
| ) | |
| -vs- ) | Hon. John A. Nordberg |
| ) | U.S. District Court |
| STONELOCK PICTURES, L.L.C., ) | |
| BENI ATOORI, ) | Hon. Arlander Keys |
| GILGAMESH PRODUCTIONS, ) | Pres. Magistrate Judge |
| ATOUR Y. GOLANI, ) | U.S. District Court |
| JANEY GOLANI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter appears before the court on the plaintiff's motion for default order and judgment.

Plaintiff's complaint was filed against the defendants on September 14, 2005. Due and proper notice was served on all of the defendants, including STONELOCK PICTURES, L.L.C., BENI ATOORI, GILGAMESH PRODUCTIONS, ATOUR Y. GOLANI, and JANEY GOLANI.

On January 11, 2006 this Court entered an Order of default against the defendants and set a prove-up date for February 1, 2006. This court finds that none of the defendants have either answered or otherwise plead as required. It is therefore Ordered and Adjudicated as follows:

Plaintiff's motion for a final order of default and judgment is granted. All of the named defendants remain in default and judgment is entered against the defendants as follows:

    a. as against the defendant Beni Atoori, judgment is entered in the amount of $803,500.00, plus the additional amount of $500.00 for every day after February 1, 2006, for which the judgment remains unpaid, plus the plaintiff's costs of this action;

    b. as against the defendant Stonelock Pictures, L.L.C., judgment is entered in the amount of $803,500.00, plus the additional amount of $500.00 for every day after February 1, 2006, for which the judgment remains unpaid, plus the plaintiff's costs of this action;

    c. as against the defendant Atour Y. Golani, judgment is entered in the amount of $500,000.00;

    d. as against the defendant Jancy Golani, judgment is entered in the amount of $500,000.00;

    e. as against the defendant Gilgamesh Productions, judgment is entered in that the ownership of the properties, including all intellectual property rights, including but not limited to copyrights, patents, original prints, scripts and copies thereof, and all other materials, be and the same are hereby transferred in ownership to the plaintiff, ASSYRIAN UNIVERSAL ALLIANCE FOUNDATION, Inc, plus the plaintiff's costs of this action.

No good cause remains to delay the enforcement of this order.

_____
Honorable John A. Nordberg,
United States District Court Judge

Entered: February 2, 2006

Prepared by:

Michael C. Goode, Esq.
Attorney for the plaintiffs, AUAF, Inc.
11 South LaSalle Street, suite 2802
Chicago, Illinois 60603
(312) 541-1331